1

2

3

4

5

6

7

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

8

9

10

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:25-cr-00081-LK |
| Plaintiff, | ORDER CONTINUING PRETRIAL MOTIONS DEADLINE |
| v. | |
| RANDY LEE YOUNG, | |
| Defendant. | |

11

12

13

14

15

16    This matter comes before the Court on Defendant Randy Young's Unopposed Motion to Extend Deadline for Pretrial Motions. Dkt. No. 17. Mr. Young seeks to move the pretrial motions deadline from June 5, 2025 to June 12, 2025. *Id.* at 1. Mr. Young represents that the Government does not object to the request. *Id.* Trial is currently set for July 14, 2025. Dkt. No. 16.

Mr. Young states that "[t]he defense anticipates asking the Court to continue the trial date but is not prepared to file that motion yet" because "the defense needs additional time to determine the length of continuance that will be sought and to discuss the motion with Mr. Young." Dkt. No. 17 at 1. The defense is filing the motion now "[t]o preserve Mr. Young's rights[.]" *Id.* at 1–2.

ORDER CONTINUING PRETRIAL MOTIONS DEADLINE - 1

Under Local Criminal Rule 12(c)(1), good cause must be shown to extend the deadline for pretrial motions. *See also* Fed. R. Crim. P. 45(b)(1)(A). Given the quickly approaching deadline for pretrial motions, the defense's anticipated motion to continue the trial date, and the lack of opposition from the Government, the Court finds good cause under the circumstances to grant the requested extension for filing the parties' pretrial motions.

For these reasons, the Court GRANTS Mr. Young's motion, Dkt. No. 17, and ORDERS that the pretrial motions deadline is continued from June 5, 2025 to June 12, 2025.

Dated this 30th day of May, 2025.

Lauren King
United States District Judge

ORDER CONTINUING PRETRIAL MOTIONS DEADLINE - 2