UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>   v.<br><br>RANDY LEE YOUNG,<br><br>                Defendant. | CASE NO. 2:25-cr-00081-LK<br><br>ORDER CONTINUING TRIAL DATE AND PRETRIAL MOTIONS DEADLINE |

      This matter comes before the Court on Defendant Randy Lee Young's Unopposed Motion to Continue Trial and Extend Pretrial Motions Deadline. Dkt. No. 19. Mr. Young moves to continue the trial in this case from July 14, 2025 to March 9, 2026, and to continue the pretrial motions deadline from June 12, 2025 to a date consistent with the new trial date. *Id.* at 1; Dkt. Nos. 16, 18. Mr. Young has waived his speedy trial rights through March 23, 2026. Dkt. No. 20 at 1.

      On May 7, 2025, a federal grand jury indicted Mr. Young on one count of Attempted Enticement of Minors in violation of 18 U.S.C. § 2422(b) and one count of Production of Child

Pornography in violation of 18 U.S.C. §§ 2251(a) and (e). Dkt. 10 at 1–2. Mr. Young pleaded not guilty to all charges, and he was ordered detained pending trial. Dkt. No. 6.

Mr. Young states that the Government provided discovery on May 12, 2025. Dkt. No. 19 at 1. The production "includes over 2,000 pages of materials, and counsel needs to make arrangement to review the computer forensic information." *Id.* "Counsel requests additional time to review the discovery, investigate the allegations, address legal issues, research pretrial motions, obtain records, continue plea negotiations with the government, and explain potential plea, trial, or sentencing consequences with Mr. Young." *Id.* at 1–2.

Pursuant to 18 U.S.C. § 3161(h)(7)(A), the Court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and Mr. Young in any speedier trial. Specifically, the Court finds that failure to grant the requested continuance would likely result in a miscarriage of justice and would deny defense counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, due to counsel's need for more time to review the evidence, consider possible defenses, and gather evidence material to the defense. *See* 18 U.S.C. § 3161(h)(7)(B)(i), (iv). The Court finds that the additional time requested is a reasonable period of delay and will be necessary to provide counsel and Mr. Young reasonable time to accomplish the above tasks.

For these reasons, the Court GRANTS Mr. Young's unopposed motion, Dkt. No. 19, and ORDERS that the trial date for Mr. Young shall be continued from July 14, 2025 to March 9, 2026, and that the pretrial motions deadline shall be continued from June 12, 2025 to January 12, 2026. It is further ORDERED that, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B), the period of delay from the date of this Order to the new trial date is EXCLUDED when computing the time

//

//

1  within which Mr. Young's trial must commence under the Speedy Trial Act.

2  Dated this 5th day of June, 2025.

*Lauren King*

Lauren King
United States District Judge

ORDER CONTINUING TRIAL DATE AND PRETRIAL MOTIONS DEADLINE - 3