THE HONORABLE LAUREN KING

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RANDY LEE YOUNG,<br><br>Defendant. | No. CR25-081-LK<br><br>(~~PROPOSED~~) ORDER TO CONTINUE SENTENCING HEARING |

THE COURT has considered Randy Young's unopposed motion to continue his sentencing hearing along with the records in this case.

The Court finds good cause to continue the sentencing hearing based on the need to complete the presentence interview and report. Fed. R. Crim. P. 32(b)(2); see CrR 32(i)(1)(B).

IT IS ORDERED that Mr. Young's sentencing hearing will be continued from September 29 to November 3, 2026, at 2:00 pm.

DATED this 14th day of August 2026.

LAUREN KING
UNITED STATES DISTRICT JUDGE

Presented by:

s/ *Colleen P. Fitzharris*
Assistant Federal Public Defender
Attorney for Randy Lee Young



**FEDERAL PUBLIC DEFENDER**
**1601 Fifth Avenue, Suite 700**
**Seattle, WA 98101**
**(206) 553-1100**